FILED

07 DEC 26 PM 1:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Christian CASTRO-Romero<br>Defendant | Magistrate Case No.: '07 MJ 2983<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about December 22, 2007, within the Southern District of California, defendant Christian CASTR0-Romero did knowingly and intentionally import approximately 28.54 kilograms (62.78 lbs.) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

---------------------------------------------
Special Agent
U.S. Immigration and
Customs Enforcement

Sworn to before me and subscribed in my presence, December 26, 2007.

---------------------------------------------
U.S. MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, Special Agent Timothy Ballard with United States Immigration and Customs Enforcement, declare under penalty of perjury, the following is true and correct:

On December 22, 2007, at approximately 1205 hours, Christian CASTRO-Romero entered the United States from the Republic of Mexico at the Calexico West Port of Entry, California. CASTRO was the driver of a 2002 Ford Mustang, bearing California license plate number 5ZRH142. Customs and Border Protection Officers searched the vehicle and discovered twenty-five (25) packages, which contained a green, leafy substance. One of the packages field-tested positive for Marijuana. The twenty-five packages had a combined weight of 28.54 kgs. (62.78 lbs.). The drugs were concealed in the bumper and quarter panels of the vehicle.

CASTRO was advised of his constitutional rights, which he waived. CASTRO admitted knowledge of illegal narcotics in the vehicle and said he was to be paid $1,500 U.S. for his part in the smuggling venture.

Executed on December 22, 2007 at 0940 hours.

Special Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 22, 2007, in violation of Title 21, United States Code, Sections 952 and 960.

United States Magistrate Judge

12/23/07 - 8:11 AM

Date/Time